```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF WYOMING

                                              2012 JUL 19  PM 4 45
```

IN THE UNITED STATES DISTRICT COURT

STEPHAN HARRIS, CLERK

FOR THE DISTRICT OF WYOMING        CASPER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12CR179-S |
| | ) | |
| Plaintiff, | ) | Ct 1: 18 U.S.C. §§ 922(g)(1) and 924(e)(1) |
| | ) | (Felon in Possession of A Firearm) |
| v. | ) | |
| | ) | Ct 2: 18 U.S.C. §§ 922(g)(1) and 924(e)(1) |
| CHRISTOPHER LEE SWARTWOOD, | ) | (Felon in Possession of A Firearm) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 12, 2012, in the District of Wyoming, the Defendant, **CHRISTOPHER LEE SWARTWOOD,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a .22 caliber Marlin Rifle, serial number 93664787, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

### COUNT TWO

Between on or about May 1, 2012, and on or about June 11, 2012, in the District of Wyoming, the Defendant, **CHRISTOPHER LEE SWARTWOOD,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly

possessed firearms, that is, a 9mm Hi-Point semi-automatic pistol, serial number P1272681; and a .22 caliber CBC rifle, serial number E068198, each of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

A TRUE BILL:

*Kevin J. Frank*
FOREPERSON

*Christopher A. Crofts*
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**      CHRISTOPHER LEE SWARTWOOD

**DATE:**        July 12, 2012 (3:14pm)

**INTERPRETER NEEDED:** ____ Yes    ✓ No

**VICTIM:**      ____ Yes    ✓ No

**SEAL CASE:**   ____ Yes    ✓ No

**OFFENSE:**    Ct 1:   18 U.S.C. §§ 922(g)(1) and 924(e)(1)
(Felon in Possession of a Firearm)

**PENALTIES:**  Not less than 15 YEARS TO LIFE IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:**    Ct 2:   18 U.S.C. §§ 922(g)(1) and 924(e)(1)
(Felon in Possession of a Firearm)

**PENALTIES:**  Not Less than 15 YEARS TO LIFE IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**Combined:**   Not less than 30 YEARS TO LIFE IMPRISONMENT
$500,000.00 FINE
3 YEARS SUPERVISED RELEASE
$200 SPECIAL ASSESSMENT

**AGENT:** John Powley   **AUSA:**   JASON M. CONDER

**ESTIMATED TIME OF TRIAL:**   __X__ 1-5 days   ____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

(Yes)    ____ No

The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:

____ Yes    __X__ No