# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 12CR179S   Date 7/30/2012 |
| VS | Time 2:32 - 2:43 p.m. |
| | ☑ Indictment   ☐ Information |
| CHRISTOPER LEE SWARTWOOD | ☐ Complaint   ☐ Other |
| DEFENDANT | 18 U.S.C. §§ 922(g)(1) and 924(e)(1)-Felon in Possession of A Firearm (1-2) Offense |

Before the Honorable, Teresa M. McKee             Recorded _____ ☐ Disk NO. _____

Deany Fondren _____ Jason Conder _____
Deputy Clerk     Court Reporter     Probation Officer     Asst. U.S. Attorney     Marshal

INTERPRETER _____

Appeared   ☑ Voluntarily
           ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing   James Whiting
                     ☐ FPD   ☑ PANEL-CJA   ☐ RETAINED
☐ Attorney waived

1. Initial appearance   Date _____   (Comments) _____

   **BOND IS**   ☐ Defendant is detained
                ☐ Set at $_____   ☐ Cash or Surety   ☐ Unsecured
                ☐ Continued on the same terms and conditions
                ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local         ☐ Maintain current residence
☐ Seek/Maintain employment                        ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                   ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Abide by the following curfew
☐ Not use or possess alcohol                      ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                       ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                  ☐ Post property or sum of money
☐ Do not obtain passport                          ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other

_____
_____
_____
_____

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☐ Bail review/detention hearing  Date 7/30/2012
☒ Defendant detained -   Reasons
  Defendant signed Waiver of Detention Hearing in open court.

☒ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____   ☐ Preliminary hearing waived
☐ Removal hearing waived   ☐ Removal hearing held   Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
  ☐ Bond to transfer   Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2. Preliminary hearing   Date _____
   Witnesses _____

   Outcome
     ☐ Bound over to U.S. District Court   ☐ Dismissed
   ☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☒ Not guilty to count(s) 1 and 2   of an Indictment
☐ Guilty to count(s) _____   of an _____

Not Guilty Plea | Guilty Plea
☒ Court orders discovery per rule 16 FRCrP   ☐ Court is satisfied there is factual basis for a plea of guilty
☒ Court orders access to Grand Jury Transcripts   ☐ Defendant referred to probation for presentence investigation
☒ Motions to be filed in 20 days or   ☐ Defendant advised on consequence of a plea of guilty
  On / Before _____   ☐ Plea agreement filed
☐ Trial date set for _____ at _____   ☐ Sentencing set for _____ at _____
  In _____   In _____
☐ Speedy trial expires on _____   ☐ Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court