# CRIMINAL MINUTE SHEET
☐ Arraignment / Change of Plea ☑

Date 12/11/12
Time 10:07 - 10:30 am

Case No. 12CR179-S
Interpreter
Int. Phone

## USA vs. JASON MORLIN CONDER

| Scott W. Skavdahl | Tiffany Dyer | Jamie Hendrich | Kate Williamson | Cantrell/Ramsey |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES
Government: JASON MORLIN CONDER
Defendant: ANDREW PARNES/RONALD G PRETTY (via telephone)
☐ CJA  ☐ FPD  ☑ RET  ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or on/before
☐ Trial date set for _____ at _____
In _____
☐ Speedy trial expires on _____
☐ Other

**GUILTY PLEA**
☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☑ Sentencing set for 2/19/2013 at 1:00 pm
In Casper, WY
☐ Plea conditionally accepted
☑ Count(s) 2 to be dismissed at time of sentencing

**BOND IS** ☑ Defendant is detained
☐ Set at $ _____  ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to _____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to _____
☐ Abide by the following curfew _____
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with _____
☐ Post property or sum of money _____
☐ Do not obtain passport