ANDREW PARNES
Pro hac Vice
Attorney at Law
671 First Avenue North
Post Office Box 5988
Ketchum, Idaho 83340
Telephone: (208) 726-1010
Facsimile: (208) 726-1187

RONALD PRETTY
313 West Lincolnway
Cheyenne, WY 82001
(307) 634-0586

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE SWARTWOOD,<br><br>Defendant. | No. 12-CR-179-S |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Comes now the defendant, Christopher Swartwood, by and through his attorney, Andrew Parnes, and respectfully requests this Court continue and set the sentencing in this matter for a period of time convenient to the court at least sixty days beyond the

current February 19, 2013 sentencing date. It is further requested that this Court extend the time to file objections to the pre-sentence report to February 28, 2013.

In support of this request, the Defendant informs the Court as follows:

1. On July 19, 2012, the Grand Jury returned an indictment against the Defendant alleging two counts of felon in possession of firearm in violation of 18 U.S.C. §§922 (g)(1) and 924 (e).

2. On December 11, 2012, Mr. Swartwood entered a guilty plea to Count One of the Indictment. Prior to entering the plea, Mr. Swartwood participated in a proffer session with Government agents.

3. At the current time, the Government is assessing the information and pursuing matters based upon the proffer session. The plea agreement provides that based upon its assessment of the information, the Government will file a motion pursuant to USSG § 5K1.1.

4. Additional time is needed to determine the nature and extent of that motion. Jason Conder, the lawyer for the Government, thinks that an additional sixty days will enable the Government to assess this information more fully.

5. The plea agreement contained a clause advising Mr. Swartwood of the potential need to continue the sentencing hearing. Furthermore, undersigned counsel has spoken with Mr. Swartwood, who is in agreement with the requested continuance.

6. Counsel for the Defendant has contacted the attorney for the United States, and the Government joins in this motion and believes this motion is appropriate based on the facts and circumstances as outlined.

7. For all of the aforementioned reasons, the Defendant respectfully requests sentencing in this matter be set at the convenience of the court at least sixty days beyond February 19, 2013, and any objections to the pre-sentence report be filed on or before February 28, 2013

Respectfully submitted this 24th day of January, 2013.

/s/ Andrew Parnes
Andrew Parnes
Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of January, 2013, a true and correct copy of the foregoing document was served upon Counsel of Record, Jason Conder via CM/ECF or Court's Electronic Filing System.

/s/ Andrew Parnes