# CRIMINAL MINUTE SHEET
## SENTENCING

Date 7/19/2013     ✓ Non-Public Document     Case No. 12cr179-SWS
Interpreter
Time 1:08-2:28     Int. Phone

**USA** vs. Christopher Lee Swartwood

| Scott W. Skavdahl | Darci Smith | Jamie Hendrich | Tom Fitzgerald/phone | Hoose/Ramsey |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**    Government    Jason Conder and Agent John Powelly, ATF

Defendant    Adrew Parnes, Ronald Pretty by phone

☐ CJA    ☐ FPD    ✓ RET    ☐ WAIVED

✓ Defendant acknowledges having read presentence report
☐ Defendant's objections to presentence report
    ☐ Court denies objections to presentence report    ☐ Court grants objections to presentence report

the Government does not believe the armed career criminal act applies to this case, the Court so finds. Most objections were related to this issue and were therefore, resolved by the finding. The Court ruled on the other objections, which defense counsel agreed were not material to the sentencing. Defendant guidelines at OL 23, CH 6. Government moved for 5k1.1 departure, and requests a 2 level reduction, the Court GRANTED the motion. Sentence OL21, CH6 (77-96 months).

☐ Witness(es) _____

☐ Exhibits received by Court _____

☐ Government to move for departure within 1 year of sentencing
Downward Departure    ☐ Granted    ☐ Denied

**SENTENCING INFORMATION**
✓ Defendant is committed to custody
    For a period of 84 Month(s) as to Count(s) 1      ___ as to Count(s) ___
    ___ as to Count(s) ___      ___ as to Count(s) ___

☐ Sentence shall be served to _____
☐ Defendant is sentenced to time served    ☐ Plus up to ten (10) days to allow for deportation proceedings
✓ Upon release from custody, the defendant shall be on **supervised release**
    For a period of 3 Year(s) as to Count(s) 1      ___ as to Count(s) ___
    ___ as to Count(s) ___      ___ as to Count(s) ___

☐ Supervised Release shall be served to _____
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of _____

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

| | |
|---|---|
| ✓ Obey all laws, Federal, State & Local | ✓ Report to Probation w/in 72 hours of release |
| ✓ Abide by the standard conditions of supervision | ✓ Provide complete financial disclosure as directed |
| ☐ Home confinement for a period of ___ | ☐ Electronic monitoring as directed by Probation |
| ✓ Not use or possess firearms/ammunition/explosives | ✓ Not use or possess controlled substances/drugs |
| ✓ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed | ☐ Not open new lines of credit or incur new debt |
| | ✓ Submit to additional drug/alcohol testing and treatment |
| ✓ Submit to mandatory drug testing (w/in 15 days of release) | ☐ Mandatory drug testing is waived |
| ☐ Notify Probation of change in economic circumstance | ✓ DNA collection |
| ☐ Notify employers of conviction | ✓ Cognitive/Behavioral Treatment |
| ✓ Submit person, residence, office or vehicle to a search | ✓ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing |

☑ Other (continued from conditions of Probation/Supervised Release)
See Judgment for full set of conditions imposed.

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 0, _____ as to Count(s) _____, _____ as to Count(s), _____, _____ as to Count(s) _____ for a **total** of $100.00

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision

☑ Special assessment shall be paid in monthly installments of at least $25.00 during the term of supervision

☐ Special assessment remitted upon deportation of the defendant

☐ Defendant shall pay a **fine** in the amount of _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of $0.00

☐ Fine is due and payable immediately

☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision

☐ Fine shall be paid in monthly installments of at least $_____ during the term of supervision

☐ Fine shall be paid jointly and severally with _____

☑ Fine is waived due to inability to pay

☐ Defendant shall make **restitution** in the amount of _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of $0.00

☐ Restitution is due and payable immediately

☐ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision

☐ Restitution shall be paid in monthly installments of at least $_____ during the time of supervision

☐ Restitution shall be paid jointly and severally with _____

☐ Other restitution information _____

☐ Interest requirement for fine/restitution/special assessment is waived

☑ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM
☐ Defendant shall **report** to institution as directed by Probation
☑ Court **recommends placement** at a facility in CO or AZ ie FCI Englewoord or FCI Safford

☑ Court recommends defendant participate in the prison industries program
☐ Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☑ Defendant advised of right to appeal    ☐ Defendant waives right to appeal
☐ Defendant shall forfeit the following property
_____
_____

☑ Count(s) 2 _____ of the Indictment **dismissed** on the motion of the United States